O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVEN LEVI WILLIAMSON, | Case No. CV 14-07384-BRO (KK) |
| Petitioner, | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| DEPUTY KIM SMITH, ET. AL., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition for a Writ of Habeas Corpus; and (2) dismissing this action without prejudice.


Dated: January 8, 2015

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE