JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVEN LEVI WILLIAMSON, | Case No. CV 14-07384-BRO (KK) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DEPUTY KIM SMITH, ET. AL., | |
| Respondents. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: <u>January 8, 2015</u>

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE